# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY ___ M.W. ___ D.C.

05 JUN 23 AM 10: 31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. TN. MEMPHIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | CR. NO. 02cr20417-3-Ma |
| **NICOLE WRIGHT** | * | |

---

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

---

On June 22, 2005, *Nicole Wright* appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. The defendant had previously been advised of her rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976) and United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733 (1976).

Accordingly, defendant, *Nicole Wright* is held to a final revocation hearing before United States District Judge *Samuel H. Mays, Jr.*. It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b), (c), and will see that appropriate notices are given.

IT IS SO ORDERED this 23 day of June, 2005.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/23/05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:02-CR-20417 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT