## UNITED STATES DISTRICT COURT
for
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

U.S.A. vs. <u>NICOLE WRIGHT</u>　　　　　　　　　　　　　　　　　　　　　Docket No. <u>2:02CR20417-003</u>

### Petition on Probation and Supervised Release

**COMES NOW** __FREDDIE McMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Nicole Wright</u> who was placed on supervision by the Honorable <u>Samuel H. Mays, Jr.</u> sitting in the Court at <u>Memphis, TN</u> on the <u>2nd</u> day of <u>May, 2003</u> who fixed the period of supervision at <u>one (1) year*</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay restitution, jointly and severally, in the amount of $342.32 (balance $342.32).

The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the probation officer for treatment of narcotic addiction or drug/alcohol dependency which may include testing for the detection of substance use or abuse.

The defendant shall participate as directed in a program of mental health treatment approved by the probation officer.

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer.

The defendant shall obtain her General Educational Development Diploma (G.E.D.)

The defendant shall provide the probation office access to any requested financial information.

*Probation began May 2, 2003, and was revoked May 10, 2004, with a prison sentence of three (3) months (held in abeyance) and a six (6) month term of Supervised Release with the same conditions previously imposed.

Supervised Release began May 10, 2004, and was revoked December 15, 2004, with a sentence of time served and a new six (6) month period of Supervised Release with the additional special condition:

The defendant shall serve three (3) months halfway house confinement. This term of Supervised Release began December 15, 2004, however, due to her failure to complete this condition, supervision was revoked August 4, 2005, with a sentence of time served and a new six (6) month period of Supervised Release with the original conditions re-imposed.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

In light of Ms. Wright having undergone periods of unemployment which contributed to her residing in a homeless shelter and with limited skills/financial resources, it appears that she will be unable to satisfy the Court's requirements that she obtain her G.E.D. and pay restitution in full prior to the expiration of supervision.

**PRAYING THAT THE COURT WILL ORDER** Nicole Wright's Supervised Release terminate as scheduled on February 3, 2006, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this _24th_ day of _Jan._, 20_06_ and ordered filed and made a part of the records in the above case.
　s/ SAMUEL H. MAYS, JR.
　UNITED STATES DISTRICT JUDGE

**Respectfully,**

_/s/ Freddie McMaster II_
Freddie McMaster II
U.S. Probation Officer

Place <u>Memphis, Tennessee</u>

Date <u>January 17, 2006</u>